# McCABE, COLLINS, McGEOUGH, FOWLER, LEVINE & NOGAN, LLP

*COUNSELLORS AT LAW*

STEPHEN M. McCABE, P.C.
BRIAN J. McGEOUGH
JAMES J. COLLINS (retired)
DAVID T. FOWLER
PATRICK M. MURPHY *◇
THOMAS J. NOGAN
MICHAEL S. LEVINE *
JOHN J. CONNELLY
BARRY L. MANUS ◇
MICHAEL L. SMAR
TAMARA M. HARBOLD
TERESA CAMPANO

JESSE L. SIEGEL
ALLISON J. HENIG
CHRISTINE M. CUSUMANO*
JAMES M. HAYES
ROBERT J. PASSARELLI
JOHN E. McLOUGHLIN
MARK P. DONOHUE
MAUREEN QUINN

DIRECT MAIL TO:
**346 WESTBURY AVENUE
P.O. BOX 9000
CARLE PLACE, NEW YORK 11514-9000
(516) 741-6266**

FAX (516) 873-9496
(Not for service of process)

WWW.MCMFLAW.COM
E-Mail: Mail@mcmflaw.com

CALENDAR • MOTIONS
(516) 941-0861

DEPOSITIONS
(516) 941-0860

COUNSEL TO THE FIRM:
ALFRED S. ROBBINS ╫ (1996-2003)
MARK L. WEISENREIDER

* Also Admitted to New Jersey Bar
◇ Also Admitted to Florida Bar
● Also Admitted to Illinois

╫ Retired Justice of the Supreme Court State of New York

July 6, 2020

Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re:   Appiah v. Espinal
      Case No.: 20-cv-04575-RA
      Our File No.: 20-SAH-221 MLS

Dear Honorable Abrams:

> Application granted. The initial conference scheduled for July 9, 2020 is hereby adjourned to August 21, 2020 at 12:30 p.m. The parties shall file their joint letter and proposed case management plan no later than August 14, 2020.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> 7/8/2020

Please allow this correspondence to serve as a request, on behalf of all parties, for an adjournment of the initial status conference scheduled in *Appiah v. Espinal et al.*, No. 20-cv-4575, for Thursday, July 9th at 11:30 a.m and an extension of the filing deadline of the parties' joint letter and proposed case management. Such requests are necessitated by the fact Plaintiff's Counsel is not admitted to the SDNY and requires time to secure such admission. I would request a one month adjournment and extension or whatever accommodation the Court finds appropriate.

I thank you for your courtesy and extend my apologies for this application. If you have any questions, please feel free to contact the undersigned.

Very truly yours,

McCABE, COLLINS, McGEOUGH, FOWLER,
LEVINE & NOGAN, LLP

*S/ Michael L. Smar*
By: Michael L. Smar (MLS 7670)
msmar@mcmflaw.com

MLS/lc
cc:
BANILOV & ASSOCIATES - Via E-Mail: banilov@gmail.com