USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOLOMON APPIAH,                                                  :
                                                                 :
                              Plaintiff,                         :     ORDER
                                                                 :
              -v-                                                :     20-CV-4575 (JLC)
                                                                 :
OMAR ESPINAL, et al.,                                            :
                                                                 :
                              Defendants.                        :
-----------------------------------------------------------------X
```

**JAMES L. COTT, United States Magistrate Judge.**

The parties are currently scheduled to have a mediation conference on July 9, 2021. As discussed at today's status conference, in the event the parties do not resolve this case in mediation (or otherwise), they should so advise the Court by letter within 7 days of the conclusion of the mediation. The Court will then schedule a status conference to chart the further course of the case.

    **SO ORDERED.**

Dated: June 23, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge