```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SOLOMON APPIAH,                                  :
                                                 :
                        Plaintiff,               :     **ORDER**
                                                 :
            -v-                                  :     20-CV-4575 (JLC)
                                                 :
OMAR ESPINAL, *et al.*,                          :
                                                 :
                        Defendants.              :
----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

Pursuant to the Court's order dated June 23, 2021 (Dkt. No. 36), the parties were directed to advise the Court within 7 days of the conclusion of the mediation in order for the Court to schedule a status conference in the event the parties did not resolve the case. The Mediation Office filed its final report on July 12, 2021 indicating that the mediation had been unsuccessful. Dkt. No. 37. To date, the parties have not filed an update. Accordingly, the Court will hold a status conference by telephone on **August 4, 2021** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586).

   SO ORDERED.

Dated: July 21, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge