USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/4/2021_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SOLOMON APPIAH,                                         :
                                                        :
                          Plaintiff,                    :        **ORDER**
                                                        :
          -v-                                           :        20-CV-4575 (JLC)
                                                        :
OMAR ESPINAL, *et al.*,                                 :
                                                        :
                          Defendants.                   :
------------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a telephone conference today at which it set the following schedule:

- Defendants' application to produce an expert report beyond the April 2021 deadline set in the case management schedule is due by **August 17, 2021**. Plaintiff's opposition is due by **August 31, 2021**. Unless it believes a further conference is necessary, the Court will decide this application on the papers.
- Plaintiff's motion for summary judgment on the issue of liability is due **October 1, 2021**. Defendants' opposition is due **November 1, 2021**. Plaintiffs' reply is due **November 15, 2021**.

The Court will schedule a status conference following its decision on the motion for summary judgment to set a trial date.

      **SO ORDERED.**

Dated: August 4, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge