USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SOLOMON APPIAH,                                    :
                                                   :
            Plaintiff,                             :   **ORDER**
                                                   :
    -v-                                            :   20-CV-4575 (JLC)
                                                   :
OMAR ESPINAL and WORLD IMPORT OF                   :
LIVINGSTON AVENUE, LLC,                            :
                                                   :
            Defendants.                            :
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a status conference today, at which it set the following schedule:

1. All pre-trial papers, including a joint pre-trial order, proposed voir dire, requests to charge, and any motions in limine must be submitted by **January 21, 2022.** Opposition papers to any motions in limine are due by **February 4, 2022**. Any reply papers will be due by **February 11, 2022**.

2. A final pre-trial conference will take place on **April 6, 2022 at 11:00 a.m.,** at which the Court will, if possible, reconfirm the trial date, make any rulings on pending motions (if it has not done so before the conference), and discuss logistical issues related to the trial. This conference will be held in-person in courtroom 21-D, 500 Pearl Street, New York, NY.

3. Subject to reconfirming once courtroom availability is determined, trial will take place beginning on **May 9, 2022**. The Court will block out the entire

week of May 9-13 as, given the number of witnesses expected to testify, the Court anticipates no longer than a five-day trial.

**SO ORDERED.**

Dated: November 16, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge